# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO CROSS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF CHICAGO, a Municipal )<br>Corporation, DANTE SERVIN, an )<br>Individual )<br>)<br>Defendants. ) | No. 13 C 2269<br><br>Judge Wood |

### STIPULATION

The parties, by their respective attorneys herby stipulate and agree to the following:

1) To dismiss defendant Dante Servin from this cause with prejudice;

2) Pursuant to an offer of judgment, which expressly stated it was not to be construed either as an admission that the defendants are liable in this action, that defendants committed any of the acts alleged or complained of by Plaintiff, or that Plaintiff has suffered any damage, to enter a judgment against the City of Chicago in the amount of ONE HUNDRED THIRTY FOUR THOUSAND AND ONE DOLLARS AND 00/100 ($134,001.00); and

1

3) That SIXTY EIGHT THOUSAND TWO HUNDRED FIFTY SIX AND 82/100 ($68,256.82) is a fair and reasonable sum for the attorney's fees and costs pursuant to 42 U.S.C. section 1988 and costs incurred by plaintiff.

Respectfully submitted,

STEPHEN R. PATTON
Corporation Counsel of the City of Chicago

By: /s/ Josh M. Engquist
JOSH M. ENGQUIST
Senior Counsel
30 N. LaSalle St., Suite 900
Chicago, IL 60602

/s/ Benjamin E. Starks
BENJAMIN E. STARKS
Starks & Associates
11528 S. Halsted Ave.
Chicago, IL 60628
(Attorney for the Plaintiff)

/s/ Christopher Wallace
CHRISTOPHER WALLACE
Senior Counsel
30 N. LaSalle St., Suite 900
Chicago, IL 60602
(Attorney for Defendant Servin)