# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTONIO CROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 13-cv-02269 |
| v. | ) |
| | ) Judge Andrea R. Wood |
| CITY OF CHICAGO, a Municipal Corporation, and DANTE SERVIN, an Individual, | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties having advised this Court that Plaintiff has accepted an offer of Judgment against the City of Chicago, that they have stipulated to a fair and reasonable amount of attorney's fees and costs incurred in this matter, and an agreement to dismiss Defendant Dante Servin with prejudice; **IT IS HEREBY ORDERED**:

(1) Defendant Dante Servin is dismissed from this action with prejudice.

(2) Judgment is entered against Defendant City of Chicago in the amount of one hundred thirty four thousand and one dollars and 00/100 ($134,001.00).

(3) Plaintiff agrees to accept and Defendant City of Chicago agrees to pay sixty eight thousand two hundred fifty six and 82/100 ($68,256.82) for attorneys' fees claimed pursuant to 42 U.S.C. § 1988 and costs on behalf all Defendants in this case as indemnitor pursuant to 745 ILCS 10/9-102.

(4) Nothing in Plaintiff's acceptance of the offer of judgment or in the City's agreement to pay attorneys' fees and costs is to be construed as an admission of liability or of any wrongdoing on the part of Defendants.

ENTERED:

Dated: March 18, 2014

Andrea R. Wood
United States District Judge